AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONNA L. McKEREGHAN,
        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

THE CITY OF SPOKANE, et al.,
        Defendants.

CASE NUMBER: CV-06-0215-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants with prejudice pursuant to the Order Granting Defendants' Motion for Summary Judgment filed on November 13, 2007, Ct. Rec. 41.

November 13, 2007          JAMES R. LARSEN
*Date*          *Clerk*
         s/ Cora Vargas
         *(By) Deputy Clerk*
         Cora Vargas